## P. F. W. Peck *et al.* and Azel Dorathy

### *v.*

## The City of Chicago.*

Appeals from the Superior Court of Chicago.

These were suits in the court below, for taxes, in which judgments were rendered against the several defendants, who thereupon took these appeals.

---

* This and thirteen other cases against the city of Chicago, all involving the same questions, were considered together. The parties appealing in the other cases were as follows: Charles Follansbee; Cornelia W. Storey et al.; Potter Palmer et al.; Azel Dorathy; S. J. McCormick et al. and Martin O. Walker; John C. Haines et al.; William Wheeler et al. and Edgar Loomis et al.; Moses Grey and W. H. Adams; N. B. Smith et al. and A. D. Rich; R. McClelland et al. and Martin O. Walker; L. C. P. Freer and Azel Dorathy; Martin O. Walker et al.; Martin O. Walker.

Per CURIAM: All the questions presented by the records in these cases, and discussed, are decided in the case of *Dunham* v. *The City of Chicago*, 55 Ill. 357, and must be disposed of in the same way.

*Judgment affirmed.*